# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD C. WILLIAMS, | ) |
| Plaintiff, | ) 2:10-CV-01719-PMP-LRL |
| vs. | ) **ORDER** |
| THE STATE OF NEVADA IN RELATION TO THE NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

On October 4, 2010, Defendants' Removed this action from the Eighth Judicial District Court, in and for the County of Clark, State of Nevada, to this Court (Doc. #1).

On November 2, 2010, Plaintiff Williams filed a document titled Opposition to Defendants' Petition for Removal (Doc. #11). On November 16, 2010, Defendants filed a Response in Opposition thereto (Doc. #12). Although not titled as such, the Court construes Plaintiff's "Opposition" (Doc. #11) to be a Motion to Remand this Action to State Court. Having read and considered the foregoing, and good cause appearing,

**IT IS ORDERED that** Plaintiff Ronald Williams' "Opposition/Motion to Remand" (Doc. #11) is hereby **DENIED**.

DATED: November 29, 2010.

PHILIP M. PRO
United States District Judge